BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   2:02-MJ-00155-GGH |
| ) | |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS |
| ) | AND ORDER |
| JITENDRA GOLDSMITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION**

The United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against JITENDRA GOLDSMITH.

DATED: January 18, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By   /s/Samantha S. Spangler
                                      SAMANTHA S. SPANGLER
                                      Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 2:02-MJ-00155-GGH against defendant JITENDRA GOLDSMITH is GRANTED.

DATED: January 18, 2011.

dad1.crim
goldsmith155.ord.wpd

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE